In the Matter of the Claim of Rose Weatherwax, Respondent, against The Saratoga Association for the Improvement of the Breed of Horses and Another, Appellants. State Industrial Board, Respondent.— Award affirmed, with costs to the State Industrial Board. Hill, P. J., Rhodes, Bliss and Heffernan, JJ., concur; McNamee, J., dissents, and votes to reverse the award and to remit the claim, on the ground that the evidence in the case, in so far as it bears upon the accident, is wholly hearsay, and because at the time of the occurrence of the accident the decedent was clearly performing an act forbidden by the employer; and on the further ground that the case was heard and determined upon the theory, and such evidence as is in the case indicates, that the horses " ran away " on a public highway, and the accident occurred when the horses began to run away, and all voluntary action on the part of the decedent ceased at that time.

In the Matter of the Claim of Margaret S. Skyner, Respondent, against Lehigh Valley Railroad Company, Appellant. State Industrial Board, Respondent.— Award for death benefits reversed and claim dismissed, with costs against the State Industrial Board, on the ground that there is no corroboration of the hearsay declarations of the deceased. Hill, P. J., Rhodes, McNamee and Bliss, JJ., concur; Heffernan, J., dissents and votes to affirm the award on the ground that the declarations of the deceased are sufficiently corroborated.

Tobias B. Mickel, Respondent, v. Sheffield Farms, Inc., Appellant.— Order affirmed, with ten dollars costs and disbursements. Rhodes, Crapser, Bliss and Heffernan, JJ., concur; Hill, P. J., dissents.

In the Matter of the Application of the New York Central Railroad Company, Petitioner, for a Certiorari Order against Public Service Commission of the State of New York and Milo R. Maltbie and Others, as Public Service Commissioners, Being the Members of Said Commission, Defendants.*— The determination of the Public Service Commission confirmed as to items 3 and 4, being the expense of installing an electric interlocking and signaling plant to replace the old pneumatic plant, and annulled as to item 2, being the refusal to include interest on certain expenditures which the railroad neglected to present at intermediate accountings; and matter remitted to the Commission for computation as to the amount, upon the ground that the statute provides for interest and the Commission has no power to disallow it, no fraud being shown, and interest is hereby allowed; and also annulled as to item 5, being the additional cost of new and higher grade track material, and matter remitted to Commission for computation of the amount of that item, which is hereby allowed, on the ground that this was a replacement made necessary by the project; heavier material being required because of diminution in trackage. McNamee, Crapser and Bliss, JJ., concur; Hill, P. J., concurs except as to the confirmation of items 3 and 4, from which he dissents; Heffernan, J., concurs except as to the annulling of item 2.

The People of the State of New York ex rel. Marcus G. Bassett, Appellant, v. Thomas H. Murphy, as Warden of Clinton Prison, Respondent.†— Final order dismissing writ of habeas corpus unanimously affirmed. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.